UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Case No. _____
Amended

Debtor(s)

**FINAL ACCOUNT AND APPLICATION FOR FINAL DECREE AND CLOSING ORDER**

The undersigned files this final account and represents that:

1. On _____, the court entered an order confirming the chapter 11 plan.

2. The percentage of unsecured creditors' claims that will be paid over the life of the plan is _____%. (*Enter "N/A" if percentage amount is not determinable at this time.*)

3. All objections to claims have been resolved.

4. The plan has been substantially consummated.

5. The estate has been fully administered.

The undersigned applies for a final decree and closing order pursuant to Federal Rule of Bankruptcy Procedure 3022.

Date: _____

_____
Signature                                                          OSB#

_____
Type or Print Signer's Name & Relation to Case

_____
Signer's Address

_____
(If signer is a debtor or debtor's attorney) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

_____

**1195 (12/1/2021)**                    Page 1 of 1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2023, the foregoing **FINAL ACCOUNT AND APPLICATION FOR FINAL DECREE AND CLOSING ORDER** was served on the following:

☐ **Via First Class Mail to:**

☒ **Via ECF Notification to:**    ECF Participants

☒ **Via E-mail to:**

David Forsh                          dforsh@raineslaw.com

DATED: August 23, 2023

                                                    /s/ Loren S. Scott
                                                    Loren S. Scott, OSB# 024502

**CERTIFICATE OF SERVICE**        Page 1 of 1

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 22-60978-tmr11    Doc 130    Filed 08/23/23