U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

August 23, 2023

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*/s/ Thomas M. Renn*
**U.S. Bankruptcy Judge**

FDN (9/28/21) krw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Oregon Research Institute**
Debtor(s)

Case No. **22–60978–tmr11**

FINAL DECREE

The estate of the above debtor(s) having been fully administered,

**IT IS ORDERED** that this Chapter 11 case is closed.

###